DEVELOPMENT INDUSTRIES INC
5406 W 149TH PLACE UNIT 1
HAWTHORNE CA 90250

VITO ADAMO
7033 LA TIJERA BVLD G101
LOS ANGELES CA 90045

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Vito Adamo
7033 La Tijera Bvld G101
Los Angeles, CA 90045
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Home Department: 100 Staff

Pay Period: 10/14/18 to 10/27/18
Check Date: 11/01/18    Check #: 5260

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6716 | 3204.64 | 70124.58 |
| **NET PAY** | **3204.64** | **70124.58** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 62.5000 | 5000.00 | 1720.00 | 102500.00 |
| Total Hours | 80.00 | | | 1720.00 | |
| Gross Earnings | | | 5000.00 | | 102500.00 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 289.94 | 6294.81 |
| Medicare | | 67.80 | 1472.17 |
| Fed Income Tax | S 0 | 545.60 | 13475.59 |
| CA Income Tax | S 0 0 | 171.67 | 4596.80 |
| CA Disability | | 46.76 | 1015.28 |
| **TOTAL** | | **1121.77** | **26854.65** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PIA DEN EE PRE | 21.65 | 64.95 |
| PIA MED EE PRE | 298.07 | 894.21 |
| PIA VIS EE PRE | 3.87 | 11.61 |
| PX401 EEPRE | 350.00 | 4550.00 |
| **TOTAL** | **673.59** | **5520.77** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **3204.64** | **70124.58** |

Payrolls by Paychex, Inc.

0087 0081-D544    Development Industries Inc • 5406 W 149th Place Unit 1 • Hawthorne CA 90250 • (310) 383-0660

DEVELOPMENT INDUSTRIES INC
5406 W 149TH PLACE UNIT 1
HAWTHORNE CA 90250

0087 0081-D544
EE ID: 4        DD

VITO ADAMO
7033 LA TIJERA BVLD G101
LOS ANGELES CA 90045

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Vito Adamo
7033 La Tijera Bvld G101
Los Angeles, CA 90045
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Home Department: 100 Staff

Pay Period: 09/30/18 to 10/13/18
Check Date: 10/18/18    Check #: 5256

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6716 | 3204.64 | 66919.94 |
| **NET PAY** | **3204.64** | **66919.94** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.00 | 62.5000 | 5000.00 | 1640.00 | 97500.00 |
| | Total Hours | 80.00 | | | 1640.00 | |
| | Gross Earnings | | | 5000.00 | | 97500.00 |
| | Total Hrs Worked | 80.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 289.93 | 6004.87 |
| | Medicare | | 67.81 | 1404.37 |
| | Fed Income Tax | S 0 | 545.60 | 12929.99 |
| | CA Income Tax | S 0 0 | 171.67 | 4425.13 |
| | CA Disability | | 46.76 | 968.52 |
| | **TOTAL** | | **1121.77** | **25732.88** |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | PIA DEN EE PRE | 21.65 | 43.30 |
| | PIA MED EE PRE | 298.07 | 596.14 |
| | PIA VIS EE PRE | 3.87 | 7.74 |
| | PX401 EEPRE | 350.00 | 4200.00 |
| | **TOTAL** | **673.59** | **4847.18** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3204.64 | 66919.94 |

Payrolls by Paychex, Inc.

0087 0081-D544   Development Industries Inc • 5406 W 149th Place Unit 1 • Hawthorne CA 90250 • (310) 383-0660

DEVELOPMENT INDUSTRIES INC
5406 W 149TH PLACE UNIT 1
HAWTHORNE CA 90250

ORG1 100 Staff
EE ID: 4    DD

0081 0544

VITO ADAMO
7033 LA TIJERA BVLD G101
LOS ANGELES CA 90045

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Vito Adamo
7033 La Tijera Bvld G101
Los Angeles, CA  90045
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Home Department: 100 Staff

Pay Period: 09/16/18 to 09/29/18
Check Date: 10/04/18    Check #: 5252

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6716 | 3204.63 | 63715.30 |
| **NET PAY** | **3204.63** | **63715.30** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 62.5000 | 5000.00 | 1560.00 | 92500.00 |
| Total Hours | 80.00 | | | 1560.00 | |
| Gross Earnings | | | 5000.00 | | 92500.00 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 289.94 | 5714.94 |
| Medicare | | 67.81 | 1336.56 |
| Fed Income Tax | S 0 | 545.60 | 12384.39 |
| CA Income Tax | S 0 0 | 171.67 | 4253.46 |
| CA Disability | | 46.76 | 921.76 |
| **TOTAL** | | **1121.78** | **24611.11** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PIA DEN EE PRE | 21.65 | 21.65 |
| PIA MED EE PRE | 298.07 | 298.07 |
| PIA VIS EE PRE | 3.87 | 3.87 |
| PX401 EEPRE | 350.00 | 3850.00 |
| **TOTAL** | **673.59** | **4173.59** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3204.63 | 63715.30 |

DEVELOPMENT INDUSTRIES INC
5406 W 149TH PLACE UNIT 1
HAWTHORNE CA 90250

ORG: 100 Staff
EE ID: 4

VITO ADAMO
7033 LA TIJERA BVLD G101
LOS ANGELES CA 90045

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Vito Adamo
7033 La Tijera Bvld G101
Los Angeles, CA 90045
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Home Department: 100 Staff

Pay Period: 07/29/18 to 08/11/18
Check Date: 08/16/18    Check #: 5240

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6716 | 3400.57 | 52347.25 |
| **NET PAY** | **3400.57** | **52347.25** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 62.5000 | 5000.00 | 1280.00 | 75000.00 |
| Total Hours | 80.00 | | | 1280.00 | |
| Gross Earnings | | | 5000.00 | | 75000.00 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 310.00 | 4650.00 |
| Medicare | | 72.50 | 1087.50 |
| Fed Income Tax | S 0 | 616.79 | 10093.71 |
| CA Income Tax | S 0 0 | 200.14 | 3446.54 |
| CA Disability | | 50.00 | 750.00 |
| **TOTAL** | | **1249.43** | **20027.75** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 350.00 | 2625.00 |
| **TOTAL** | **350.00** | **2625.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3400.57 | 52347.25 |

*Payrolls by Paychex, Inc.*

0087 0081-D544  Development Industries Inc • 5406 W 149th Place Unit 1 • Hawthorne CA 90250 • (310) 383-0660

DEVELOPMENT INDUSTRIES INC
5406 W 149TH PLACE UNIT 1
HAWTHORNE CA 90250

0081-D544
ORG: 100 Staff
EE ID: 4    DD

VITO ADAMO
7033 LA TIJERA BVLD G101
LOS ANGELES CA 90045

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Vito Adamo
7033 La Tijera Bvld G101
Los Angeles, CA 90045
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Home Department: 100 Staff

Pay Period: 08/12/18 to 08/25/18
Check Date: 08/30/18    Check #: 5244

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6716 | 3400.57 | 55747.82 |
| **NET PAY** | **3400.57** | **55747.82** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 62.5000 | 5000.00 | 1360.00 | 80000.00 |
| Total Hours | 80.00 | | | 1360.00 | |
| Gross Earnings | | | 5000.00 | | 80000.00 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 310.00 | 4960.00 |
| Medicare | | 72.50 | 1160.00 |
| Fed Income Tax | S 0 | 616.79 | 10710.50 |
| CA Income Tax | S 0 0 | 200.14 | 3646.68 |
| CA Disability | | 50.00 | 800.00 |
| **TOTAL** | | **1249.43** | **21277.18** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 350.00 | 2975.00 |
| **TOTAL** | **350.00** | **2975.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 3400.57 | 55747.82 |

Payrolls by Paychex, Inc.

0087 0081-D544 Development Industries Inc • 5406 W 149th Place Unit 1 • Hawthorne CA 90250 • (310) 383-0660